UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, *et al.*,<br><br>            Plaintiffs,<br>    v.<br>SHAMP ELECTRICAL CONTRACTING, INC.,<br><br>            Defendant,<br>    v.<br>BANK OF AMERICA, N.A.,<br><br>            Garnishee. | Case No. MC19-0035RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Shamp Electrical Contracting, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Bank of America, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on March 6, 2019, at Dkt. # 1-3.

Dated this 11th day of March, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT